**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 7, 2015

Hon. Cynthia T. Sheppard
Attorney at Law
P. O. Box 67
Cuero, TX 77954
* DELIVERED VIA E-MAIL *

Hon. Leslie Werner
Attorney at Law
P. O. Box 247
Victoria, TX 77902
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00095-CV
Tr.Ct.No. 13-13-22,628
Style:     Nadir N. Ali & Mumtaz Ali v. Flessner Enterprises, Inc.


Appellant's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of June 30, 2015, the date of receipt.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch